UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 17-cr-00113-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LAWRENCE SCOTT RITCHIE,

    Defendant.

---

**MOTION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**

---

    COMES NOW the United States of America, by and through the United States Attorney for the District of Colorado, and requests this Court that the above-named defendant, the defendant, Lawrence Scott Ritchie, YOB 1976, #85054, now being confined in the Sterling Correctional Facility, 12101 Highway 61, Sterling, CO, 80751, be brought before a United States Magistrate Judge, as soon as practicable, for an initial appearance in the above-captioned case, and it is necessary that he be present in person for such appearance, and further appearances, and final disposition of his case.

    NOW, THEREFORE, your petitioner respectfully moves that this Court order and issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal for the District of Colorado, or any other United States Marshal, requiring him to serve said writ on the Warden, or Superintendent, or Custodian of any place or institution where the said defendant is confined, and requiring said United States Marshal to produce the

defendant before a United States Magistrate Judge as soon as practicable for proceedings and appearances upon the charge set forth in the Indictment, and to hold him at all times in his custody as an agent of the United States of America, until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

Dated this 28th day of September, 2017.

Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney

By:   *s/Kurt Bohn*
KURT BOHN
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Kurt.Bohn@usdoj.gov
Attorney for the Government

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2017, I electronically filed the foregoing **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Lawrence Scott Ritchie, #85054
Sterling Correctional Facility
12101 Highway 61
Sterling, CO 80751

*s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0405
E-mail: Michelle.Trujillo@usdoj.gov