UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 OCT 12 AM 7:48

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Criminal Action No. 17-cr-00113-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LAWRENCE SCOTT RITCHIE,

    Defendant.

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

We command you that you bring the body of Lawrence Scott Ritchie, YOB 1976, #85054, now being confined in the Sterling Correctional Facility, 12101 Highway 61, Sterling, CO, 80751, before a United States Magistrate Judge, sitting at Denver, Colorado, for an initial appearance upon the charge set forth in the Indictment in the United States District Court for the District of Colorado, and in the above-entitled and pending case; and to hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court for the District of Colorado, you return the defendant to the institution where he was confined, under safe and secure conduct, and have you then and there this writ.

DATED at Denver, Colorado, this __2nd__ day of __October__, 2017.

BY THE COURT:

s/ J. Garcia-Gonzalez, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED TO
FROM _CDOC Sterling_
_USMS_
ON _10/11/17_
UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM _____ TO
_____
ON _____
UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL